AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006
### AMENDED

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Walker, Vaughn R | 2. Court or Organization  California Northern | 3. Date of Report  05/3/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active district | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  450 Golden Gate Avenue San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman/Director | Saint Francis Foundation |
| 2. President/Director | V R Walker Co |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 JUL 18 A 11: 30 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/13/2006 | V R Walker Co Director's Fees | $ 1,000 |
| 2. 03/16/06 | University of Pennsylvania - teaching activities | $ 2000 |
| 3. 05/24/06 | Rutter Group - teaching activities | $ 500 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Professional Liability Underwriting Society | PLUS D & O Symposium; New York, New York. Feb 2, 2006. Food, lodging and transportation provided. |
| 2. | Aspen Institute | Seminar; Wye Woods, Maryland. March 31-April 2, 2006. Food, lodging and transportation provided. |
| 3. | Institute for Law and Economics, Univ of Pennsylvania Law School | Seminar; Philadelphia, PA. March 16. Food, lodging and transportation provided |
| 4. | United Nations | Seminar; Bali, Indonesia. June 13-14. Food, lodging and transportation provided |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

5.  George Mason University — Judicial Advisory Board Meeting, Alexandria, VA. October 13-14, 2006. Food, lodging and transportation provided

6.

7.

8.

9.

10.

11.

12.

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. See Part VIII | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Amgen | | None | L | T | | | | | |
| 2.   At Road, Inc | | None | L | T | | | | | |
| 3.   Cadence Design Systems, Inc | | None | K | T | | | | | |
| 4.   Cerus Corp | | None | K | T | | | | | |
| 5.   Chevron | B | Dividend | L | T | | | | | |
| 6.   Cisco Systems, Inc | | None | M | T | | | | | |
| 7.   Citigroup | B | Dividend | L | T | | | | | |
| 8.   DB Alex.Brown MMF | C | Dividend | M | T | | | | | |
| 9.   E I du Pont | B | Dividend | L | T | | | | | |
| 10.   ExxonMobil | B | Dividend | M | T | | | | | |
| 11.   Ford Motor Co | | None | K | T | Buy | 9/20 | K | | |
| 12.   General Electric | B | Dividend | L | T | | | | | |
| 13.   General Motors | B | Dividend | | | Sell | 12/27 | K | E | |
| 14.   Goodman Global, Inc. | | None | | | Buy | 4/5 | J | | |
| 15.   Goodman Global, Inc. | | | | | Sell | 4/19 | J | A | |
| 16.   H & E Equip Svcs, Inc. | | None | | | Buy | 1/31 | J | | |
| 17.   H & E Equip Svcs, Inc. | | | | | Sell | 2/27 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel | D | Dividend | N | T | | | | | |
| 19. IShares Index Fund | | None | | | Sell | 3/2 | J | C | |
| 20. IShares Tr US Telecomm | | None | | | Buy | 3/2 | L | | |
| 21. IShares Tr US Telecomm | | | | | Sell | 5/3 | L | A | |
| 22. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 23. Lowes Co. | A | Dividend | L | T | | | | | |
| 24. Marsh & McLennan Cos | A | Dividend | | | Sell | 2/7 | K | A | |
| 25. Mastercard, Inc. | | None | | | Buy | 5/24 | J | | |
| 26. Mastercard, Inc. | | | | | Sell | 5/30 | J | A | |
| 27. National Coal Corp | | None | J | T | Buy | 12/15 | J | | |
| 28. Nuveen Trust #165 | A | Distribution | J | T | | | | | |
| 29. One Beacon Insurance | | None | | | Buy | 11/8 | J | | |
| 30. One Beacon Insurance | | | | | Sell | 11/10 | J | A | |
| 31. Paychex, Inc. | A | Dividend | K | T | Buy | 2/27 | K | | |
| 32. ProLogis | B | Dividend | L | T | Buy | 2/25 | K | | |
| 33. Riverbed Technology | | None | | | Buy | 9/20 | K | | |
| 34. Riverbed Technology | | | | | Sell | 10/2 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sun Micro Systems | | None | K | T | | | | | |
| 36. Targacept, Inc. | | None | | | Buy | 4/12 | J | | |
| 37. Targacept, Inc. | | | | | Sell | 4/19 | J | | |
| 38. Target Corp | A | Dividend | K | T | Buy | 2/27 | | | |
| 39. T Rowe Price MMF | A | Dividend | J | T | | | | | |
| 40. United Parcel Service | B | Dividend | L | T | | | | | |
| 41. Vonage Holdings | | None | J | T | Buy | 5/23 | J | | |
| 42. Union Bank of California DDA | A | Interest | J | T | | | | | |
| 43. Union Bank of California MMA | A | Interest | J | T | | | | | |
| 44. Wal Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 45. Wells Fargo & Co. | B | Dividend | L | T | | | | | |
| 46. Western Refining | | None | | | Buy | 1/18 | K | | |
| 47. Western Refining | | | | | Sell | 1/31 | K | B | |
| 48. V R Walker Co | G | Dividend | | | | | | | |
| 49. Northern Trust Co DDA | | None | K | T | | | | | |
| 50. Northern Trust Co MMF | D | Dividend | N | T | | | | | |
| 51. IL properties | G | Rent | P1 | U | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   IN properties | G | Rent | P1 | U | Partial Sell | 6/5 | N | G | SuperTest Service Stations |
| 53.   IN properties | | | | | Buy | 12/8 | N | | E L and B J Tedrow |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In instances in which an asset appears in two consecutive lines, as in the case of the purchase and sale of an asset in the reporting period or the case of two or more purchases or sales of an asset in the reporting period, income or the absence of income from that asset is recorded in column B(2) of the first entry line and column B(2) of the second line intentionally left blank while any gain on sale is recorded in column D(4) of the line entry associated with the recorded sale.

During 2006, reporting person held investments in his own name and by the following entities: DB Alex Brown LLC, Baltimore, MD, as custodian fbo Vaughn R Walker R-IRA dtd 3/25/1996 and V R Walker Co, an Illinois corporation.

At all times during 2006, V R Walker Co was a wholly-owned investment vehicle of the reporting person and owned the assets disclosed in lines 49-53, Part VII. The IL Properties are located in Iroquois County, IL, and were acquired on May 15, 1964; October 30, 1992; February 27, 1998; May 6 and July 3, 2002, for purchase prices totalling████████ The IL Properties, with the exception of one tract, were zoned for and used for agricultural production and were leased to Robert and Gary Read, Piper City, IL; the excepted tract is zoned for████████ The IN Properties are tracts located in Benton and Jasper counties, IN, zoned for agricultural, industrial and roadside service uses and consist of agricultural lands, an equipment storage building, natural gas storage facility, telecommunications transmission facility and advertising facilities; these properties were acquired in various transactions totalling████████ (net of certain real estate assets transferred in exchange) on March 1, 1989; February 28, 1991; January 15, 1992; July 20, 1993; January 20, February 19 and October 9, 1994; December 30, 1999; and December 6, 2006. During 2006, the agricultural lands were leased to Remington Ag Partnership, LLP, and the building to Remington Hybrids, Inc, both of Remington, IN; the gas storage facility to Vectren, Inc, Evansville, IN; the telecommunications facility to Global Signal Acquisition II, LLC, Sarasota, FL, and the advertising facility to Burkhart Advertising, Inc, South Bend, IN. On June 5, 2006, the company sold a tract of its Indiana real estate to SuperTest Service Stations of Indiana, Lafayette, IN, for████████ as reported in line 52. On December 8, 2006, the company acquired an additional tract in Benton County, IN, from EL and BJ Tedrow, Terre Haute, IN, for a purchase price of████████ as reported in line 53.

At year-end 2006, V R Walker Co had indebtedness to Farm Credit Services, Milwaukee, WI, in the principal amount of████████ (net of funds held by lender); reporting person is a guarantor of that indebtedness which is secured by some of the IL Properties. In addition, the company maintained an unsecured revolving credit line with Farm Credit Services in the amount of████████ with a zero balance at year-end 2006. V R Walker Co also had outstanding indebtedness to Metropolitan Life Insurance Co, New York, NY, in the amount at year-end of████████ reporting person is a guarantor of that indebtedness which is secured by some of the IN Properties.

Reporting person also maintains a personal line of credit in the amount of████████ t Union Bank of California, NA, San Francisco, CA, that as of year-end had a zero balance.

The holding of United Parcel Service reported in line 40 was acquired at value L on February 25, 2005, but inadvertently omitted from the 2005 report.

Saint Francis Foundation is a charitable foundation associated with Saint Francis Memorial Hospital, San Francisco, CA, which in turn is part of the Catholic Healthcare West medical organization. Reporting person disclaims a beneficial interest in any of the foundation's assets and receives no compensation or other remuneration from the foundation or any entities with which it is affiliated.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date  3 July 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Walker, Vaughn R | 2. Court or Organization<br><br>California Northern | 3. Date of Report<br><br>05/3/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active district | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address<br><br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman/Director | Saint Francis Foundation |
| 2. President/Director | V R Walker Co |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -9 A 9: 34 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/13/2006 | V R Walker Co Director's Fees | $ 1,000 |
| 2. 03/16/06 | University of Pennsylvania - teaching activities | $ 2000 |
| 3. 05/24/06 | Rutter Group - teaching activities | $ 500 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Professional Liability Underwriting Society | PLUS D & O Symposium; New York, New York |
| 2. | Aspen Institute | Seminar; Wye Woods, Maryland |
| 3. | Institute for Law and Economics, Univ of Pennsylvania Law School | Seminar; Philadelphia, PA |
| 4. | United Nations | Seminar; Bali, Indonesia |
| 5. | George Mason University | Judicial Advisory Board Meeting |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

6.

7.

8.

9.

10.

11.

12.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walker, Vaughn R | 05/3/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. See Part VIII | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Amgen | | None | L | T | | | | | |
| 2.   At Road, Inc | | None | L | T | | | | | |
| 3.   Cadence Design Systems, Inc | | None | K | T | | | | | |
| 4.   Cerus Corp | | None | K | T | | | | | |
| 5.   Chevron | B | Dividend | L | T | | | | | |
| 6.   Cisco Systems, Inc | | None | M | T | | | | | |
| 7.   Citigroup | B | Dividend | L | T | | | | | |
| 8.   DB Alex.Brown MMF | C | Dividend | M | T | | | | | |
| 9.   E I du Pont | B | Dividend | L | T | | | | | |
| 10.  ExxonMobil | B | Dividend | M | T | | | | | |
| 11.  Ford Motor Co | | None | K | T | Buy | 9/20 | K | | |
| 12.  General Electric | B | Dividend | L | T | | | | | |
| 13.  General Motors | B | Dividend | | | Sell | 12/27 | K | E | |
| 14.  Goodman Global, Inc. | | | | | Buy | 4/5 | J | | |
| 15.  Goodman Global, Inc. | | | | | Sell | 4/19 | J | A | |
| 16.  H & E Equip Svcs, Inc. | | | | | Buy | 1/31 | J | | |
| 17.  H & E Equip Svcs, Inc. | | | | | Sell | 2/27 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walker, Vaughn R | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel | D | Dividend | N | T | | | | | |
| 19. IShares Index Fund | | | | | Sell | 3/2 | J | C | |
| 20. IShares Tr US Telecomm | | | | | Buy | 3/2 | L | | |
| 21. IShares Tr US Telecomm | | | | | Sell | 5/3 | L | A | |
| 22. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 23. Lowes Co. | A | Dividend | L | T | | | | | |
| 24. Marsh & McLennan Cos | A | Dividend | | | Sell | 2/7 | K | A | |
| 25. Mastercard, Inc. | | | | | Buy | 5/24 | J | | |
| 26. Mastercard, Inc. | | | | | Sell | 5/30 | J | A | |
| 27. National Coal Corp | | None | J | T | Buy | 12/15 | J | | |
| 28. Nuveen Trust #165 | A | Distribution | J | T | | | | | |
| 29. One Beacon Insurance | | | | | Buy | 11/8 | J | | |
| 30. One Beacon Insurance | | | | | Sell | 11/10 | J | A | |
| 31. Paychex, Inc. | A | Dividend | K | T | Buy | 2/27 | K | | |
| 32. ProLogis | B | Dividend | L | T | Buy | 2/25 | K | | |
| 33. Riverbed Technology | | | | | Buy | 9/20 | K | | |
| 34. Riverbed Technology | | | | | Sell | 10/2 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sun Micro Systems | | None | K | T | | | | | |
| 36. Targacept, Inc. | | | | | Buy | 4/12 | J | | |
| 37. Targacept, Inc. | | | | | Sell | 4/19 | J | | |
| 38. Target Corp | A | Dividend | K | T | | | | | |
| 39. T Rowe Price MMF | A | Dividend | J | T | | | | | |
| 40. United Parcel Service | B | Dividend | L | T | | | | | |
| 41. Vonage Holdings | | None | J | T | Buy | 5/23 | J | | |
| 42. Union Bank of California DDA | A | Interest | J | T | | | | | |
| 43. Union Bank of California MMA | A | Interest | J | T | | | | | |
| 44. Wal Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 45. Wells Fargo & Co. | B | Dividend | L | T | | | | | |
| 46. Western Refining | | | | | Buy | 1/18 | K | | |
| 47. Western Refining | | | | | Sell | 1/31 | K | B | |
| 48. V R Walker Co | G | Dividend | | | | | | | |
| 49. Northern Trust Co DDA | | None | K | T | | | | | |
| 50. Northern Trust Co MMF | D | Dividend | N | T | | | | | |
| 51. IL properties | G | Rent | P1 | U | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   IN properties | G | Rent | P1 | U | Partial Sell | 6/5 | N | G | SuperTest Service Stations |
| 53.   IN properties | | | | | Buy | 12/8 | N | | E L and B J Tedrow |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In instances in which an asset appears in two consecutive lines, as in the case of the purchase and sale of an asset in the reporting period or the case of two or more purchases or sales of an asset in the reporting period, income or the absence of income from that asset is recorded in column B(2) of the first entry line and column B(2) of the second line intentionally left blank while any gain on sale is recorded in column D(4) of the line entry associated with the recorded sale.

During 2006, reporting person held investments in his own name and by the following entities: DB Alex Brown LLC, Baltimore, MD, as custodian fbo Vaughn R Walker R-IRA dtd 3/25/1996 and V R Walker Co, an Illinois corporation.

At all times during 2006, V R Walker Co was a wholly-owned investment vehicle of the reporting person and owned the assets disclosed in lines 49-53, Part VII. The IL Properties are located in Iroquois County, IL, and were acquired on May 15, 1964; October 30, 1992; February 27, 1998; May 6 and July 3, 2002, for purchase prices totalling $1,758,566. The IL Properties, with the exception of one tract, were zoned for and used for agricultural production and were leased to Robert and Gary Read, Piper City, IL; the excepted tract is zoned for residential use. The IN Properties are tracts located in Benton and Jasper counties, IN, zoned for agricultural, industrial and roadside service uses and consist of agricultural lands, an equipment storage building, natural gas storage facility, telecommunications transmission facility and advertising facilities; these properties were acquired in various transactions totalling $3,009,765 (net of certain real estate assets transferred in exchange) on March 1, 1989; February 28, 1991; January 15, 1992; July 20, 1993; January 20, February 19 and October 9, 1994; December 30, 1999; and December 6, 2006. During 2006, the agricultural lands were leased to Remington Ag Partnership, LLP, and the building to Remington Hybrids, Inc, both of Remington, IN; the gas storage facility to Vectren, Inc, Evansville, IN; the telecommunications facility to Global Signal Acquisition II, LLC, Sarasota, FL, and the advertising facility to Burkhart Advertising,, Inc, South Bend, IN. On June 5, 2006, the company sold a tract of its Indiana real estate to SuperTest Service Stations of Indiana, Lafayette, IN, for $361,980, as reported in line 52. On December 8, 2006, the company acquired an additional tract in Benton County, IN, from EL and BJ Tedrow, Terre Haute, IN, for a purchase price of $490,000, as reported in line 53.

At year-end 2006, V R Walker Co had indebtedness to Farm Credit Services, Milwaukee, WI, in the principal amount of $2,100,000 (net of funds held by lender); reporting person is a guarantor of that indebtedness which is secured by some of the IL Properties. In addition, the company maintained an unsecured revolving credit line with Farm Credit Services in the amount of $500,000, with a zero balance at year-end 2006. V R Walker Co also had outstanding indebtedness to Metropolitan Life Insurance Co, New York, NY, in the amount at year-end of $350,000; reporting person is a guarantor of that indebtedness which is secured by some of the IN Properties.

Reporting person also maintains a personal line of credit in the amount of $250,000 at Union Bank of California, NA, San Francisco, CA, that as of year-end had a zero balance.

The holding of United Parcel Service reported in line 40 was acquired at value L on February 25, 2005, but inadvertently omitted from the 2005 report.

Saint Francis Foundation is a charitable foundation associated with Saint Francis Memorial Hospital, San Francisco, CA, which in turn is part of the Catholic Healthcare West medical organization. Reporting person disclaims a beneficial interest in any of the foundation's assets and receives no compensation or other remuneration from the foundation or any entities with which it is affiliated.

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 05/3/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date **3May 2007**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544